IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AUSTIN BRAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:24-cv-1270-MAB[1] |
| | ) |
| J3 ENTERPRISES, LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated July 10, 2024, which reflects that all claims against Defendant J3 Enterprises, LLC were settled or otherwise resolved (Doc. 23), this action is **DISMISSED with prejudice**, each party to bear their own fees and costs unless otherwise provided in the settlement documents.

**DATED**: September 17, 2024

>     MONICA A. STUMP,
>     **Clerk of Court**
>
>     BY:  /s/ Jennifer Jones
>         **Deputy Clerk**

**APPROVED:**  /s/ Mark A. Beatty
    **MARK A. BEATTY**
    **United States Magistrate Judge**

---

[1] This case was assigned to the undersigned for final disposition upon consent of the parties pursuant to 28 U.S.C. §636(c) (*see* Doc. 21).